46 A.3d 693

**HAMOT MEDICAL CENTER, Appellant**

v.

**MEDICAL CARE AVAILABILITY AND REDUCTION OF ERROR FUND, Appellee.**

Supreme Court of Pennsylvania.

Argued Nov. 29, 2011.

Decided May 30, 2012.

Louis C. Long, Esq., Paul Kenneth Vey, Esq., Pietragallo, Gordon, Alfano, Bosick & Raspanti, L.L.P., for Appellant.

Amy Griffith Daubert, Esq., Tawny Kay Mummah, Esq., Cindy Elaine Sheaffer, Esq., for Appellee.

## *ORDER*

PER CURIAM.

AND NOW, this 30th day of May, 2012, the order of the Commonwealth Court is REVERSED, and the matter is

remanded for judgment in favor of Appellant. *See Yussen v. MCARE Fund,* 616 Pa. 108, 46 A.3d 685 (2012).

Justice ORIE MELVIN did not participate in the decision of this case.

Justice EAKIN files a dissenting statement in which Chief Justice CASTILLE joins.

Justice EAKIN, dissenting.

As the disposition in this case is based on the opinion in *Yussen v. MCARE Fund,* 616 Pa. 108, 46 A.3d 685 (2012), to which I dissented, I respectfully dissent, for the same reasons, to the reversal of the Commonwealth Court's order in this matter.

Chief Justice CASTILLE joins this dissenting statement.